**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL HERRERA JIMENEZ,<br><br>               Petitioner,<br><br>    v.<br><br>STU SHERMAN, Warden,<br><br>               Respondent. | Case No. EDCV 16-1095 PSG (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2  be entered dismissing this action with prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5  Order and the Judgment herein on Petitioner and counsel for
6  Respondent.

7

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10  Dated: 8/23/17

11  _____
     PHILIP S. GUTIERREZ
12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28