# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HERRERA JIMENEZ,<br><br>             Petitioner,<br><br>    v.<br><br>STU SHERMAN, Warden,<br><br>             Respondent. | Case No. EDCV 16-1095 PSG (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 8/23/17

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE